1402

**99–968. Owens v. Brigano.**
In Habeas Corpus. On petition for writ of habeas corpus by Frank Floyd Owens. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.